# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Textron Financial Corporation,

        Plaintiff,

vs.

J & S Repair, LLC and John Warmka,

        Defendants.

Civil No. 09-3007 (RHK-AJB )

**ORDER**

Pursuant to the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that pursuant to a separate Settlement Agreement and Release, all claims asserted by Textron Financial Corporation against the Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE,** and each party shall bear its own attorneys' fees and litigation costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 30, 2010

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge